UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-29161 |
| FOREVER CONSTRUCTION, INC., | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |
| | ) | |

**FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL
AND TO MAKE ADEQUATE PROTECTION PAYMENTS**

At Chicago, Illinois this 13th day of January, 2009, before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the set call of cases upon the motion of the Debtor and Debtor-In-Possession, FOREVER CONSTRUCTION, INC., for authority to use cash collateral and to make adequate protection payments pursuant to 11 U.S.C. §361 and §363 and FRBP 4001(a); due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

**NOW THEREFORE IT IS HEREBY ORDERED** as follows:

1. That the Debtor and Debtor-in-Possession, Forever Construction, Inc. be, and hereby is, authorized to use cash collateral pursuant to 11 U.S.C. §363, as described in the instant motion.

2. That the Debtor and Debtor-in-Possession be, and hereby is, authorized pursuant to 11 U.S.C. §361, to make the adequate protection payments to the various mortgagees and in the amounts scheduled on Exhibit A attached hereto and made a part hereof, until further order of Court.

3. That the Debtor and Debtor-in-Possession be, and hereby is, authorized to use the cash collateral to operate its business and pay the necessary expenses as disclosed on Exhibits B and C attached hereto and made a part hereof, until further order of Court.

4. That the Debtor and Debtor-in-Possession be, and hereby is, authorized to open a tax escrow account and deposit therein on a monthly basis the amounts reflected in Exhibit D attached hereto and made a part hereof, until further order of the Court.

5. That the mortgagees identified in Exhibit A attached to the Debtor's motion be, and hereby are, granted a post-petition security interest in the rents generated by each of the properties described therein to the extent of the pre-petition lien of each mortgagee and limited to protection against diminution in value of each mortgagee's secured claim as of the date of filing of the petition.

6. That nothing in this order shall be construed to limit any party's right to file motions seeking to modify this order or any future cash collateral order or requesting different or additional relief under any of the provisions of Title 11, United States Code.

7. That the objection of Norstates Bank to entry of a final order authorizing use of cash collateral be, and hereby is, withdrawn.

ENTER

_____
Bankruptcy Judge

1-13-09

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1025
Chicago, IL  60604; (312) 332-0267

# EXHIBIT A

| Property Description | Mortgagee | Monthly Payment | Approximate Balance Due |
|---|---|---|---|
| 920 Grand Avenue Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $1,673.44 | $ 271,277.00 |
| 2625-2629 Cornelia Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $2,883.00 | $ 467,469.00 |
| 927 Grand Avenue Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $2,211.00 | $ 358,473.00 |
| 1206 Brookside Ave. Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $8,277.08 | $1,341.855.00 |
| 1819 Jackson Waukegan, IL | Libertyville Bank & Trust Co. | $1,125.00 | $ 141,555.00 |
| 1725 Sunset Ave. Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $1,852.00 | $ 296,433.00 |
| 438-440 Franklin Waukegan, IL | Libertyville Bank & Trust Co. | $2,172.00 | $ 291,196.00 |
| 3006 Sunset Waukegan, IL | Libertyville Bank & Trust Co. | $1,170.00 | $ 224,754.00 |
| 308-310 Belvidere Waukegan, IL | Libertyville Bank & Trust Co. | $1,266.00 | $ 137,928.00 |
| Genesee & Water Streets Waukegan, IL | Community Investment Corporation | $7,935.00 | $ 747,000.00 |
| 125-129 Franklin St./ 521-523 Genesee St. Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $5,124.00 | $ 820,052.00 |
| 116-124 Drew Lane/ 2645-2647 W. Monroe St. Waukegan, IL | Washington Mutual n/k/a JP Morgan Chase | $11,858.00 | $1,902,110.00 |
| 37783 Dewody Waukegan, IL | Libertyville Bank & Trust Co. | $ 975.00 | $ 122,681.00 |
| 2737 Clearview Waukegan, IL | Norstates Bank | $ 850.00 | $ 114,203.00 |

| **Property Description** | **Mortgagee** | **Monthly Payment** | **Approximate Balance Due** |
|---|---|---|---|
| 908-06 Belvidere Waukegan, IL | Norstates Bank | $ 880.00 | $ 117,068.00 |
| 2721-23 Clearview Waukegan, IL | Norstates Bank | $1,010.00 | $ 134,490.00 |
| 417 Keller Waukegan, IL | Norstates Bank | $ 844.00 | $ 103,371.00 |
| 315 Martin Luther King Waukegan, IL | Norstates Bank | $ 658.00 | $ 79,259.00 |
| 1900 Greenwood Waukegan, Il | Norstates Bank | $ 790.00 | $ 113,227.00 |
| 2226 Northern Ave. Waukegan, IL | Norstates Bank | $ 941.00 | $ 95,067.00 |
| 216 Liberty Waukegan, IL | Norstates Bank | $ 508.00 | $ 61,066.00 |
| 321 Oak Waukegan, Il | Norstates Bank | $ 672.00 | $ 80,879.00 |
| 131-33 Genesee Waukegan, IL | Waukegan Savings Bank | $3,302.00 | $ 425,000.00 |
| 4157 Brentwood Waukegan, IL | Norstates Bank | $ 643.08 | $ 85,707.00 |

# EXHIBIT B

ATTACHMENT 8

| PROPERTY, DESCRIPTION & LOCATION | MONTHLY MORTGAGE | PROPERTY TAX | INSURANCE | SCAVANGER | GAS | ELECTRIC | WATER | PEST CONTROL | AT&T | SEWER | ALARMS | RENT ROLL 24-Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) 920 GRAND AVENUE (6 units) | $1,673.44 | $971.17 | $93.00 | $71.00 | $0.00 | $80.00 | $89.00 | $48.00 | $88.00 | $37.00 | $82.00 | $4,370.00 |
| 2) 2825 CORNELIA (12 units) | $2,883.00 | $1,557.25 | $231.00 | $103.00 | $579.00 | $185.00 | $257.00 | $64.00 | $0.00 | $145.00 | $0.00 | $6,650.00 |
| 3) 927 GRAND AVENUE (8 Units) | $2,211.00 | $1,818.67 | $240.17 | $263.17 | $0.00 | $188.00 | $122.00 | $92.00 | $88.00 | $41.00 | $82.00 | $5,970.00 |
| 4) 1206 BROOKSIDE (24 Units) | $8,277.08 | $5,000.00 | $601.50 | $272.04 | $0.00 | $639.00 | $510.00 | $192.00 | $0.00 | $171.00 | $82.00 | $18,390.00 |
| 9) 1819 JACKSON (2 Units) | $1,125.00 | $483.33 | $106.87 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| 11) 1725 SUNSET (6 Units) | $1,852.00 | $1,075.00 | $95.26 | $78.85 | $0.00 | $45.00 | $78.00 | $48.00 | $87.00 | $43.00 | $35.00 | $3,790.00 |
| 12) 438-440 FRANKLIN (4 Units) | $2,172.00 | $566.67 | $222.00 | $171.88 | $75.00 | $25.00 | $60.00 | $40.00 | $0.00 | $22.00 | $82.00 | $4,156.00 |
| 13) 3006 SUNSET S/F | $1,170.00 | $408.33 | $42.50 | $0.00 | $0.00 | $0.00 | $35.00 | $35.00 | $0.00 | $7.00 | $0.00 | $1,053.00 |
| 15) 308-310 BELVIDERE | $1,266.00 | $4,500.00 | $133.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,300.00 |
| 16) GENESEE & WATER | $7,935.00 | $0.00 | $0.00 | $358.27 | $466.00 | $1,220.00 | $485.00 | $140.00 | $0.00 | $123.00 | $82.00 | $13,030.00 |
| 17) TWIN OAKS 5(2bdrms) & 20(1bdrms) FRANKLIN & GENESEE | $5,124.00 | $2,700.00 | $285.00 | $288.80 | $1,809.00 | $130.00 | $450.00 | $195.00 | $0.00 | $125.00 | $82.00 | $12,705.00 |
| 18) MAPLE POINT (41 Units) MONROE & DREW | $11,858.00 | $5,400.00 | $823.00 | $401.50 | $2,669.00 | $416.00 | $1,239.00 | $340.00 | $0.00 | $329.95 | $0.00 | $29,460.00 |
| 21) 3778 DEWODY | $675.00 | $133.33 | $30.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 22) 2737 CLEARVIEW (2 Units) | $850.00 | $383.33 | $46.92 | $0.00 | $0.00 | $0.00 | $56.00 | $35.00 | $0.00 | $22.00 | $0.00 | $1,495.00 |
| 23) 908-06 BELVIDERE (2 Units) | $860.00 | $391.67 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $0.00 | $0.00 | $1,725.00 |
| 24) 2721-23 CLEARVIEW (2 Units) | $1,060.00 | $600.00 | $38.83 | $0.00 | $0.00 | $0.00 | $51.00 | $35.00 | $0.00 | $23.00 | $0.00 | $2,175.00 |
| 25) 417 KELLER S/F | $886.00 | $433.33 | $42.75 | $0.00 | $0.00 | $0.00 | $28.00 | $35.00 | $0.00 | $6.00 | $0.00 | $915.00 |
| 27) 315 MLK S/F | $658.00 | $200.00 | $39.33 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 | $0.00 | $900.00 |

B

| PROPERTY, DESCRIPTION & LOCATION | MONTHLY MORTGAGE | PROPERTY TAX | INSURANCE | SCAVANGER | GAS | ELECTRIC | WATER | PEST CONTROL | AT&T | SEWER | ALARMS | RENT ROLL 24-Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 1900 GREENWOOD S/F | $941.00 | $400.00 | $33.92 | $0.00 | $0.00 | $0.00 | $39.00 | $35.00 | $0.00 | $13.00 | $0.00 | $875.00 |
| 29 2226 NORTHERN S/F | $790.00 | | $28.42 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 | $0.00 | $822.00 |
| 30 216 LIBERTY S/F | $508.00 | $183.33 | $41.92 | $0.00 | $85.00 | $0.00 | $25.00 | $35.00 | $0.00 | $6.00 | $0.00 | $0.00 |
| 31 321 OAK S/F | $672.00 | $283.33 | $60.17 | $0.00 | $0.00 | $0.00 | $45.00 | $35.00 | $0.00 | $8.89 | $0.00 | $964.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 35 131-33 GENESEE | $3,302.00 | $1,100.00 | $27.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.00 | $0.00 |
| 36 4157 BRENTWOOD S/F | $643.08 | $250.00 | $33.50 | $0.00 | $0.00 | $0.00 | $28.00 | $35.00 | $0.00 | $6.00 | $0.00 | $1,125.00 |
| | | | | | | | | | | | | |
| TOTAL | $5,911.60 | $2,834.96 | $3,342.27 | $2048.11 | $705. | $2928. | $391. | $519. | $263. | $1,128.84 | $652. | $116,030.00 |

**EXHIBIT C**

10/24/2008

### FOREVER CONSTRUCTION BUDGET

| SALARIES | | | | |
|---|---|---|---|---|
| | CARMEN | 520 X 4.33 | $ | 2,251.60 |
| | JORGE'S | | $ | 3,333.00 |
| | MARIA'S | | $ | 3,333.00 |
| | PEDRO | 600 X 4.33 | $ | 2,598.00 |
| | HARDAYL | 480 X 4.33 | $ | 2,079.00 |
| SUB CONTRACTORS | | | | |
| | ORLANDO | 700 X 4.33 | $ | 3,031.00 |
| | EPIGME | 400 X 4.33 | $ | 1,731.00 |
| | PEDRO | 250 X 4.33 | $ | 1,082.50 |
| INSURANCE | | AUTO | $ | 82.00 |
| TOYOTA | AUTO | | $ | 650.00 |
| FITNESS CENTER | | | $ | 150.00 |
| INSURANC | MEDICAL | | $ | 1,100.00 |
| NEXTEL | | PHONE | $ | 700.00 |
| INSURANCE(COMM LIAB) | | | $ | 846.00 |
| INSURANCE(UNMBRELLA) | | | $ | 252.00 |
| INSURANCE(WORKMAN'S) | | | $ | 433.00 |
| ACCOUNTING | | | $ | 900.00 |
| AT&T | | | $ | 350.00 |
| PAYROLL TAXES 20% | | | $ | 2,718.00 |
| COMED | | | $ | 160.00 |
| REPAIRS APPLIANCES | | | $ | 650.00 |
| PAINTING & DÉCOR | | | $ | 800.00 |
| NORTH SHORE GAS | | | $ | 200.00 |
| ADVERTISING | | | $ | 500.00 |
| GIFT BASKETS | | | $ | 100.00 |
| NEWSLETTER | | | $ | 125.00 |
| AUTO GAS | | | $ | 300.00 |
| OFFICE SUPPLIES | | | $ | 500.00 |
| CLEANING MATERIALS | | | $ | 600.00 |
| | | | | |
| TOTAL | | | $ 17,960.50 | |

**EXHIBIT D**

| PROPERTY, DESCRIPTION & LOCATION | PROPERTY TAX | | |
|---|---|---|---|
| 1) 920 GRAND AVENUE (6 units) | $971.17 | | |
| 2) 2625 CORNELIA (12 units) | $1,557.25 | | |
| 3) 927 GRAND AVENUE (8 Units) | $1,816.67 | | |
| 4) 1206 BROOKSIDE (24 Units) | $5,000.00 | | |
| 9) 1819 JACKSON (2 Units) | $483.33 | | |
| 11) 1725 SUNSET (6 Units) | $1,075.00 | | |
| 12) 438-440 FRANKLIN (4 Units) | $566.67 | | |
| 13) 3006 SUNSET S/F | $408.33 | | |
| 14) 3014 SUNSET (30 Units) | $133.33 | | |
| 15) 308-310 BELVIDERE | $320.00 | | |
| 17) TWIN OAKS 5(2bdrms) & 20(1bdrms) FRANKLIN & GENESEE | $2,700.00 | | |
| 18) MAPLE POINT (41 Units) MONROE & DREW | $5,400.00 | | |
| 19) 2635 CORNELIA (9 Units) | $0.00 | TORRES | $ 1,608.33 |
| 20) 2713 CORNELIA (9 Units) | $0.00 | TORRES | $ 1,858.33 |
| 21) 37783 DEWODY | $133.33 | | |
| 22) 2737 CLEARVIEW (2 Units) | $383.33 | | |
| 23) 908-06 BELVIDERE (2 Units) | $391.67 | | |
| 24) 2721-23 CLEARVIEW (2 Units) | $600.00 | | |
| 25) 417 KELLER S/F | $433.33 | | |
| 26) 37211 FROLIC S/F | $0.00 | TORRES | $ 333.33 |
| 27) 315 MLK S/F | $200.00 | | |
| 28) 1900 GREENWOOD S/F | $400.00 | | |
| 29) 2226 NORTHERN S/F | $275.00 | | |
| 30) 218 LIBERTY S/F | $183.33 | | |
| 31) 321 OAK S/F | $283.33 | | |
| 32) 1735 SUNSET (2 Units) | $0.00 | TORRES | $ 341.67 |
| 33) 216-226 GENESEE MIX USE | $0.00 | TORRES | $ 555.00 |
| 34) 226 S. SHERIDAN REST | $883.33 | | |
| 35) 131-33 GENESEE | $1,100.00 | | |
| 36) 4157 BRENTWOOD S/F | $250.00 | | |
| TOTAL | $25,948.42 | | $ 4,696.66 |